B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**East Coast Abatement Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1411104** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**176 Winchaser Way**<br>**Moyock, NC**<br>ZIP Code **27958** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Currituck** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **East Coast Abatement Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>        Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **East Coast Abatement Co., Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  **/s/ Joseph T. Liberatore VSB**<br>Signature of Attorney for Debtor(s)<br><br>**Joseph T. Liberatore VSB #32302**<br>Printed Name of Attorney for Debtor(s)<br><br>**Crowley, Liberatore & Ryan, PC**<br>Firm Name<br>**1435 Crossways Blvd**<br>**Suite 300**<br>**Chesapeake, VA 23320-2896**<br>Address<br><br>**(757) 333-4500  Fax: (757) 333-4501**<br>Telephone Number<br><br>**August  5, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Richard C. Webb, II**<br>Signature of Authorized Individual<br><br>**Richard C. Webb, II**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August  5, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **East Coast Abatement Co., Inc.**    Case No.

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ablemarle Regional Solid Waste**<br>**P.O. Box 189**<br>**Elizabeth City, NC 27907-0189** | **Ablemarle Regional Solid Waste**<br>**P.O. Box 189**<br>**Elizabeth City, NC 27907-0189** | | | **17,281.25** |
| **Affordable Abatement**<br>**2801 Candle Wood Circle**<br>**Chesapeake, VA 23324** | **Affordable Abatement**<br>**2801 Candle Wood Circle**<br>**Chesapeake, VA 23324** | **Priority Vender** | **Disputed** | **50,000.00** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | | **46,792.57** |
| **Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19886-5220** | **Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19886-5220** | **Cessna Airplaine turned back in to creditors** | **Disputed** | **270,000.00** |
| **CARDMEMBER SERVICES**<br>**PO Box 79048**<br>**St. Louis, MO 63179-0408** | **CARDMEMBER SERVICES**<br>**PO Box 79048**<br>**St. Louis, MO 63179-0408** | | | **62,121.97** |
| **CIT Technology Financing Services, Inc.**<br>**10201 Centurion Farkway North**<br>**Suite 100**<br>**Jacksonville, FL 32256** | **CIT Technology Financing Services, Inc.**<br>**10201 Centurion Farkway North**<br>**Suite 100**<br>**Jacksonville, FL 32256** | **Security Cameras 1 Construction Cap, 1 Robotic Camera SW Support Pkg, 1 Robotcam 1 DVR. "plus all other types of office equipment and products, compu** | **Disputed** | **14,433.40**<br>**(0.00 secured)**<br>**(5,361.10 senior lien)** |
| **Citi Advantage Master Card**<br>**PO Box 182564**<br>**Columbus, OH 43218-2564** | **Citi Advantage Master Card**<br>**PO Box 182564**<br>**Columbus, OH 43218-2564** | | | **26,201.60** |
| **Coastal Regional Solid Waste Mgmnt**<br>**7400 Old US Highway 70**<br>**New Bern, NC 28562** | **Coastal Regional Solid Waste Mgmnt**<br>**7400 Old US Highway 70**<br>**New Bern, NC 28562** | **Solid Waste Disposal** | | **22,413.44** |
| **Domestic Fuels + Lubes Inc**<br>**PO Box 1313**<br>**Chesapeake, VA 23327-1313** | **Domestic Fuels + Lubes Inc**<br>**PO Box 1313**<br>**Chesapeake, VA 23327-1313** | | | **16,331.43** |

B4 (Official Form 4) (12/07) - Cont.

In re **East Coast Abatement Co., Inc.**                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** P. O. Box 7346 Philadelphia, PA 19101-7346 | **Internal Revenue Service** P. O. Box 7346 Philadelphia, PA 19101-7346 | **Quarterly Taxes Due since 12/31/2009** | | **606,713.44** |
| **North Carolina Department of Revenue** P. O. Box 25000 Raleigh, NC 27640-0700 | **North Carolina Department of Revenue** P. O. Box 25000 Raleigh, NC 27640-0700 | **Sales & Use Tax** | | **12,000.00** |
| **PACCAR Financial** c-o Pender & Coward 222 Central Park Ave Virginia Beach, VA 23462 | **PACCAR Financial** c-o Pender & Coward 222 Central Park Ave Virginia Beach, VA 23462 | **(6) Kentworth Dumps turned back in to Creditor** | | **90,000.00** |
| **PNC** National City Commercial PO Box 94931 Cincinatti, OH 44101 | **PNC** National City Commercial PO Box 94931 Cincinatti, OH 44101 | **2008 Chieftain Powerscreen ID #** | | **120,000.00** **(90,000.00 secured)** |
| **PNC National City Commercial** | **PNC National City Commercial** | **2008 Powerscreen** | | **115,000.00** **(0.00 secured)** |
| **Shell Fleet Management** PO Box 183019 Columbus, OH 43218-3019 | **Shell Fleet Management** PO Box 183019 Columbus, OH 43218-3019 | | | **12,241.73** |
| **SPSA Of Virginia** 723 Woodlake Drive Chesapeake, VA 23320 | **SPSA Of Virginia** 723 Woodlake Drive Chesapeake, VA 23320 | | | **48,217.84** |
| **The Bank of Hampton Roads** P. O. Box 1908 Elizabeth City, NC 27906 | **The Bank of Hampton Roads** P. O. Box 1908 Elizabeth City, NC 27906 | **All Accounts, Inventory, Furniture, Fixtures and Equipment, General Intagibles, Instruments, Documents and Chattel Paper; including without limitation** | **Disputed** | **1,173,370.00** **(0.00 secured)** |
| **Waste Industries** P.O. Box 580027 Charlotte, NC 28258-0027 | **Waste Industries** P.O. Box 580027 Charlotte, NC 28258-0027 | **Critical Vendor** | | **54,443.94** |
| **Waste Management-Bethel** PO Box 13648 Philadelphia, PA 19101-3648 | **Waste Management-Bethel** PO Box 13648 Philadelphia, PA 19101-3648 | | | **12,767.61** |
| **Wright Express FSC** c/o Pro Consulting Services Inc PO BOX 66510 Houston, TX 77266-6510 | **Wright Express FSC** c/o Pro Consulting Services Inc PO BOX 66510 Houston, TX 77266-6510 | | | **25,166.78** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **East Coast Abatement Co., Inc.**            Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 5, 2011**         Signature **/s/ Richard C. Webb, II**
                                                                                     **Richard C. Webb, II**
                                                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Ablemarle Regional Solid Waste
P.O. Box 189
Elizabeth City, NC 27907-0189


Ace Rebuilders Inc.
PO Box A
Ashland, VA 23005


Affordable Abatement
2801 Candle Wood Circle
Chesapeake, VA 23324


Ally / GMAC
PO Box 900148
Louisville, KY 40290-1948


American Express
PO Box 1270
Newark, NJ 07101-1270


Bank of America
PO Box 15220
Wilmington, DE 19886-5220


Bank of Hampton Roads
201 Volvo Parkway
Chesapeake, VA 23320


Bell & Williams Associates, Inc.
15 Ermer Road, Suite 202
Salem, NH 03079


Blacks Tire Service
P.O. Box 919
Whiteville, NC 28472


Budget Septic Systems
4110 Bainbridge Blvd.
Chesapeake, VA 23324


CARDMEMBER SERVICES
PO Box 79048
St. Louis, MO 63179-0408

```
Century Link
PO BOX 96064
Charlotte, NC 28296-0064


CIT Technology Financing Services, Inc.
10201 Centurion Farkway North
Suite 100
Jacksonville, FL 32256


Citi Advantage Master Card
PO Box 182564
Columbus, OH 43218-2564


Coastal Regional Solid Waste Mgmnt
7400 Old US Highway 70
New Bern, NC 28562


Commonwealth of Virginia
PO Box 2369
Richmond, VA 23218-2369


Cooper, Spong & Davis, PC
200 High Street, Ste 500
PO Box 1475
Portsmouth, VA 23705-1475


CROSS-TECH
PO BOX 58413
LOUISVILLE, KY 40268


Currituck Sand
461 Caratoke Hwy.
Moyock, NC 27958


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


DEX- Sprint Yellow Pages
PO Box 660834
Dallas, TX 75266-0834


Diversified Financial Services, LLC
PO Box 31639
Saint Louis, MO 63131
```

Domestic Fuels + Lubes Inc
PO Box 1313
Chesapeake, VA 23327-1313


East Carolina Bank
BANKCARD CENTER
PO BOX 569200
DALLAS, TX 75356


Ghent Computer
400 West Olney Road
Suite E
Norfolk, VA 23507


Ghent Computers
400 West Olney Road
Suite E
Norfolk, VA 23507


Grind Stone Collection Strategies Inc.
16505 SE First Street
Suite A-115
Vancouver, WA 98687


Hero Exchange, LLC
14501 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


Hurricane Fence
2850 Cromwell Road
Norfolk, VA 23509


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


K & R Group, Inc.
1416 SE 21st Ave.
Cape Coral, FL 33990


Liquidebt Systems, Inc.
29W170 Butterfield Rd.
Suite 102
Warrenville, IL 60555

Lowes Business Account
PO BOX 530970
Atlanta, GA 30353-0970


Luckstone Co
P.O. Box 29871
Richmond, VA 23242-0871


Marine Chemist Services
11850 Tug Boat Lane
Newport News, VA 23606


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146


Modular Space Corporation
12603 Collection Center Drive
Chicago, IL 60693


National City Commercial
Capital Company, LLC
995 Dalton Ave.
Cincinnati, OH 45203


NCO Financial Services Inc.
507 Prudential Road
Horsham, PA 19044


North Carolina Department of Revenue
P. O. Box 25000
Raleigh, NC 27640-0700


Outland Gray OKeefe & Hubbard
PO Box 2250
709 Greenbrier Parkway
Chesapeake, VA 23327-2250


PACCAR Financial
c-o Pender & Coward
222 Central Park Ave
Virginia Beach, VA 23462

Phyllis Webb
165 Baxter Estates Road
Moyock, NC 27958


PNC
National City Commercial
PO Box 94931
Cincinatti, OH 44101


PNC National City Commercial


Premium Assignment
P. O. Box 3100
Tallahassee, FL 32315-3100


PRO Consulting Services, Inc.
Collection Division
P. O. Box 66510
Houston, TX 77266-6510


PSI-Prestige Services, Inc.
21214 Schofield Drive
Gretna, NE 68028


R.C. Paving
4387 Lake Prince Drive
Suffolk, VA 23434


Reed Construction Data
30 Technology Pkwy S
Suite 100
Norcross, GA 30092-2912


Richard & Phyllis Webb
165 Baxter Estates Road
Moyock, NC 27958


Richard C. Webb, II
165 Baxter Estates Road
Moyock, NC 27958


Richard C. Webb, II
165 Baxter Esttes Road
Moyock, NC 27958

```
RPM
Receivables Performance Management
20816 44th Ave., W
Lynnwood, WA 98036


Scott C. Hart, Esq.
Sumrell, Sugg, Carmichael et al
416 Pollock Street
P.O. Drawer 889
New Bern, NC 28563


Shell Fleet Management
PO Box 183019
Columbus, OH 43218-3019


Sprint
PO Box 8077
London, KY 40742


SPSA Of Virginia
723 Woodlake Drive
Chesapeake, VA 23320


Staples Link
c/o Slater, Tenaglia, Fritz & Hunt
PO Box 5476
Mt Laurel, NJ 08054


Suitt & Associates, P.A.
P.O. Box 12034
New Bern, NC 28561-2034


Suntrust
PO Box 305053
Nashville, TN 37230-5053


TCF Equipment Finance
11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305


TCFEF
```

```
TCFEF
11100 Wayzata Blvd.
Suite 801
Minnetonka, MN 55305


The Bank of Hampton Roads
P. O. Box 1908
Elizabeth City, NC 27906


Tidewater Staffing
PO Box 4596
Norfolk, VA 23523


Time Warner Cable
500 Time Warner Drive
Newport, NC 28570


Troutman & Sanders LLP
220 Central Park Ave
Suite 2000
Virginia Beach, VA 23462


VA Resources
21146 Network Place
Chicago, IL 60673-1211


Verizon
PO Box 660720
Dallas, TX 75299-0720


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Virginia Carolina Belting
P.O. Box 287
Silver Spring, PA 17575


Waste Industries
P.O. Box 580027
Charlotte, NC 28258-0027


Waste Management-Amelia
PO Box 13648
Philadelphia, PA 19101-3648
```

Waste Management-Bethel
PO Box 13648
Philadelphia, PA 19101-3648


Waste Management-Charles City
8000 Chambers Rd
Charles City, VA 23030


Waterway Materials
1401 Precon Drive
Suite 101
Chesapeake, VA 23320


Wright Express FSC
c/o Pro Consulting Services Inc
PO BOX 66510
Houston, TX 77266-6510


Yorktown Materials
PO Box 1741
Yorktown, VA 23692

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **East Coast Abatement Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **East Coast Abatement Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard C. Webb II**
**165 Baxter Estates Road**
**Moyock, NC 27958**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 5, 2011** | **/s/ Joseph T. Liberatore VSB** |
| Date | **Joseph T. Liberatore VSB #32302** |
| | Signature of Attorney or Litigant |
| | Counsel for  **East Coast Abatement Co., Inc.** |
| | **Crowley, Liberatore & Ryan, PC** |
| | **1435 Crossways Blvd** |
| | **Suite 300** |
| | **Chesapeake, VA 23320-2896** |
| | **(757) 333-4500 Fax:(757) 333-4501** |